UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR LEE MCDOUGALD,

        Petitioner,

-vs-                                              Case No.  6:05-cv-1603-Orl-19KRS
                                                (Criminal Case No.:  6:02-cr-142-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.
_____

**ORDER**

        Petitioner filed a memorandum of law (Doc. No. 5, filed November 18, 2005) in support of his amended section 2255 motion (Doc. No. 4, filed November 14, 2005); however, the memorandum of law asserts additional claims that were not included in the amended section 2255 motion.  In an effort to resolve Petitioner's claims more efficiently, Petitioner should include all of his claims in the section 2255 motion itself.

        Accordingly, within fifteen (15) days from the date of this Order, Petitioner shall file a second amended section 2255 motion on the approved form provided as an attachment by the Clerk.  Within the same time period, Petitioner may file a supporting memorandum of law that shall not exceed twenty pages in length.  The failure to fully comply with this Order will result in the dismissal of this action without further notice.

        **DONE AND ORDERED** in Chambers at Orlando, Florida this 22nd day of November, 2005.

                                                        *Karla R. Spaulding*
                                                        KARLA R. SPAULDING
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 11/22
Counsel of Record
Arthur Lee McDougald