**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ARTHUR LEE MCDOUGALD,

        Petitioner,

-vs-                                                  Case No.  6:05-cv-1603-Orl-19KRS
                                          (Criminal Case No.:  6:02-cr-142-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.

_____

**ORDER**

Within fifteen (15) days from the date of this Order, Petitioner shall file a response to the Government's Motion to Hold In Abeyance (Doc. No. 11 filed January 25, 2006). The failure to do so may result in an determination that this case should be held in abeyance pending the appellate court's determination of whether Petitioner will be permitted to pursue an out-of-time direct appeal.

**DONE AND ORDERED** at Orlando, Florida, this ___27th____ day of January, 2006.

 

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 1/26
Counsel of Record
Arthur Lee McDonald