UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR LEE MCDOUGALD,

    Petitioner,

v.                                        CASE NO. 6:05-cv-1603-Orl-19KRS

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

This case is before the Court on the following matters:

1.    On February 16, 2006, this case was administratively closed pending the appellate court's resolution of whether Petitioner would be entitled to pursue and out-of-time appeal (Doc. No. 14). On June 19, 2006, the appellate court entered an order granting Petitioner's motion to dismiss his appeal and directing that his section 2255 motion be reinstated. *See* Doc. No. 16, filed June 22, 2006. *Accordingly, the Clerk of the Court is directed to reopen this case.*

2.    Within **SIXTY (60) DAYS** from the date of this Order, the Government shall

comply with the Court's Order of December 12, 2005 (Doc. No. 9).

      **DONE AND ORDERED** in Chambers at Orlando, Florida this  2nd   day of July, 2006.

                                            PATRICIA C. FAWSETT, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT

Copies to:
pslc 7/3
Counsel of Record
Arthur Lee McDougald