**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ARTHUR LEE MCDOUGALD,

        Petitioner,

-vs-                                               Case No. 6:05-cv-1603-Orl-19KRS
                                                (Criminal Case No.: 6:02-cr-142-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.

_____

## ORDER

Within eleven (11) days from the date of this Order, the Government shall file a copy of the transcript of the change of plea hearing held before United States Magistrate Judge Spaulding on October 30, 2002.

After the Government complies, the Court will enter an Order allowing Petitioner to file a reply to the Government's response.

**DONE AND ORDERED** at Orlando, Florida, this __27th____ day of July, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/27
Counsel of Record
Arthur Lee McDougald